**Fill in this information to identify the case:**

Debtor 1    Stewart W. Butler

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Middle    District of    Georgia
                                                                   (State)

Case number    17-31328

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee of LMAT Legal Title Truast 2014-RPL1

**Court claim No. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 6167

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 02/07/2018 | (5) $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | 03/07/2018, 03/29/2018 | (7) $ 14.00 |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Preparation/analysis of 410A form | 02/07/2018 | (11) $ 250.00 |
| 12. Other. Specify: Preparation of Fee Notice | 05/16/2018 | (12) $ 150.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | Stewart | W. | Butler | Case Number *(if known)* | 17-31328 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ *Wanda D. Murray*
Signature

Date    **May 16, 2018**

Print:    Wanda    D.    Murray
First Name    Middle Name    Last Name

Title:    Agent for Creditor

Company:    Aldridge Pite, LLP

Address:    3575 Piedmont Road, N.E. Suite 500
Number    Street

Atlanta    GA    30305
City    State    Zip Code

Contact phone    (404)-994-7400

Email    wmurray@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA - ATHENS DIVISION**

| | |
|---|---|
| IN RE: ) | Case No. 17-31328 |
| ) | |
| STEWART W. BUTLER AKA STEWART ) | Chapter 13 |
| BUTLER, ) | |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on May 18, 2018, I served a copy of the Notice of Postpetition Mortgage Fees, Expenses and Charges which was filed in this bankruptcy matter on May 18, 2018, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Willie J. Woodruff, Jr.

Camille Hope

**The following parties have been served via U.S. First Class Mail**:

Stewart W. Butler
820 Hull Avenue
Carnesville, GA 30521

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: May 18, 2018        Signature: /s/Melissa Gonzalez
                           Printed Name: MELISSA GONZALEZ
                           Address:    Aldridge Pite, LLP
                                       Fifteen Piedmont Center
                                       3575 Piedmont Road, N.E.,
                                       Suite 500, Atlanta, GA 30305
                           Phone:      (404) 994-7400
                           Fax:        (888) 873-6147