**SO ORDERED.**

**SIGNED this 15 day of October, 2018.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| IN RE: | Case No. 17-31328 |
| STEWART W. BUTLER, | Chapter 13 |
| Debtor. / | |

**CONSENT ORDER ON OBJECTION TO NOTICE OF POST-PETITION
MORTGAGE FEES, EXPENSES AND CHARGES (DOC. NO. 32)**

The Debtor named above having filed an objection to the Notice of Postpetition Mortgage Fees, Expenses and Charges filed by UMB BANK, National Association, not in its individual capacity, but solely as legal title Trustee of LMAT Legal Title Trust 2014-RPL1 (hereafter "the Bank"), and that matter having been set for hearing on October 17, 2018, Debtor seeking to reduce the fees as noticed in Docket Entry 28, the Debtor and the Bank have agreed and consented to the following:

IT IS HEREBY ORDERED that the Post-Petition Mortgage Fees, Expenses and Charges in the amount of $914.00 will be reduced to $364.00.

FURTHER ORDERED that each party shall bear its own attorney's fees and costs incurred in connection hereto.

END OF DOCUMENT.

PREPARED BY:

*/s/ Radha Gordon*_____
Radha Gordon, Bar No. 347192
Attorney for Respondent, UMB Bank, N.A.
Aldridge | Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Rd. NE, Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400


CONSENTED TO BY:

/s/ _Willie J. Woodruff, Jr.,_____ *with express permission*
Willie J. Woodruff, Jr., Bar no. 775212
Attorney for Debtor/Movant
P.O. Box 507
47 West Doyle Street
Toccoa, GA 30577
(706) 886 - 7553


/s/_Tony Coy _____*with express permission*
Tony Coy
Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202
(478) 742 - 8706